**FILED**
November 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:13-cr-00337-LKK
          Plaintiff,       )
v.                         )
)   ORDER FOR RELEASE OF
PAUL DOUGLAS WHITE,        )   PERSON IN CUSTODY
)
          Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PAUL DOUGLAS WHITE, Case No. 2:13-cr-00337-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

   _X_   Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 11/14/2013 at 2:57 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge