BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOSE ENRIQUEZ VELARDES ZAZUETA,<br>    aka Julio Cesar Machado Lopez, *et al.*,<br><br>               Defendants. | CASE NO.  2:13-cr-00227 GEB |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ADELA GUERRERO, *et al.*,<br><br>               Defendants. | CASE NO. 2:13-cr-00331 GEB |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>CASSANDRA ROSS-MORALES,<br><br>               Defendant. | CASE NO. 2:13-cr-00335 GEB |

Notice of Related Cases

1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>PAUL DOUGLAS WHITE, *et al.*,<br><br>                    Defendants. | CASE NO. 2:13-cr-00337 LKK<br><br>**NOTICE OF RELATED CASES**<br><br>[EDCA L.R. 123] |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

The United States of America, through its undersigned counsel, Assistant United States Attorney Todd A. Pickles, hereby gives notice that the above-captioned matters are related cases within the meaning of Local Rule 123. These cases involve the same parties and/or witnesses, are based on the same or similar facts, and reassignment to the same district judge would avoid substantial duplication of labor by the Court.

In United States v. Velardes Zazueta, *et al.*, Case No. 2:13-cr-00227 GEB, the Grand Jury returned a superseding indictment charging ten defendants with conspiring to distribute heroin and methamphetamine, as well as specific counts of distribution, possession with the intent to distribute, and use of communications facilities to facilitate drug trafficking crimes. The charges are the result of a federal wiretap investigation involving members of the Velardes Zazueta and the Arrellanes Drug Trafficking Organizations.

In United States v. Ross-Morales, Case No. 2:13-cr-00335 GEB, and United States v. Adela Guerrero, Case No. 2:13-cr-00331 GEB, the Grand Jury returned indictments charging collectively three defendants with possession with the intent to distribute heroin or methamphetamine, and conspiring with Velardes Zazueta and other named defendants in Velardes Zazueta, *et al.*, 2:13-cr-00227 GEB to distribute narcotics. The cases Ross-Morales and Guerrero, *et al.*, are both also the result of the same federal wiretap investigation of the Velardes and Arrellanes Drug Trafficking Organizations.

In United States v. Paul White, Case No. 2:13-cr-000337 LKK, the Grand Jury returned an indictment charging defendants Paul White and Gregory Mayo with multiple counts of distribution

of methamphetamine and possession to distribute methamphetamine.  The indictment further alleges the defendants conspired with Velardes Zazueta to distribute methaphetamine.  The charges are the result of the same Drug Enforcement Investigation that led to the wiretap investigation of the Velardes Zazueta and Arrellanes Drug Trafficking Organizations.

     Pursuant to Local Rule 123, the cases involve the same parties and much of the same evidence of drug trafficking, including intercepted communications.  Further, reassignment of the cases to the same district judge is "likely to effect a substantial savings of judicial effort" because it will necessarily avoid the "substantial duplication of labor" by the judiciary of this district, including any issues regarding discovery or admissibility of evidence and any questions of law that may arise thereto.  *See* EDCA L.R. 123(a)(3)-(4).

     For the foregoing reasons, the United States believes that the above-captioned cases are related within the meaning of Local Rule 123.  Consequently, the United States respectfully requests that <u>United States v. White</u>, *et al.*, Case No. 2:13-cr-337 LKK be reassigned to the Honorable Garland E. Burrell, Jr., in accordance with the provisions of the Local Rules of this district.

Dated:  November 20, 2013                         Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

By:   */s/ Todd A. Pickles*
       TODD A. PICKLES
       Assistant U.S. Attorney