# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

SEP - 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** )<br>vs. )<br> )<br>Paul Douglas White ) | Case No. 2:13-CR-00337-GEB-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Paul Douglas White___, have discussed with ___Michael R. Evans___, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release: You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification: On August 11, 2015, Mr. White submitted a positive cocaine test. The defendant admitted to ingesting cocaine and is agreeable to participating in substance abuse counseling sessions.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/2/15     _____  9/2/15
Signature of Defendant   Date      Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  9/2/2015
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  09/02/15
Signature of Defense Counsel   Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___Sept 2, 2015___

[ ] The above modification of conditions of release is *not* ordered.

_____  9/2/2015
Judicial Officer Signature   Date
KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE