# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION

UNITED STATES OF AMERICA,

v.

Paul Douglas White

Docket No. 2:13-CR-00337-GEB-01

**Federal Charges**: Conspiracy to Distribute Methamphetamine and to Possess With Intent to Distribute Methamphetamine; Possession With Intent to Distribute Methamphetamine.

**COMES NOW,** Michael Evans, Pretrial Services Officer of the Court, presenting an official report upon the conduct of, Paul Douglas White, who was placed on bond by the Honorable Edmund F. Brennan sitting in the Court at Sacramento, California, on November 14, 2013, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used; 2. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

**ALLEGED VIOLATION CONDUCT:** On September 23, 2015, Mr. White submitted urine sample at the federally contracted facility in the Eastern District of California which was confirmed positive for extended opiates by the national laboratory.

On October 16, 2015, Mr. White failed to appear for random urine testing as directed.

**PRAYING THAT THE COURT WILL ORDER** a violation hearing on October 26, 2015, before the Honorable Edmund F. Brennan, U.S. Magistrate Judge. All parties have been notified of this date and time.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Michael R. Evans

Dated: October 22, 2015    U.S. Pretrial Services Officer

### ORDER

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of _____ .
- ☒ The Court hereby orders this matter placed on this court's calendar on October 26, 2015 at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Carolyn K. Delaney

Dated: October 22, 2015    UNITED STATES MAGISTRATE JUDGE