# Memorandum

United States Attorney's Office
Eastern District of California



| *Subject:* | **United States v. White, 2:13-cr-337 GEB** | *Date:* | **January 13, 2016** |
|---|---|---|---|
| *To:* | **Shani Furstenau,<br>Courtroom Deputy to the<br>Honorable Garland E. Burrell, Jr.** | *From:* | **Todd A. Pickles<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900** |

Dear Ms. Furstenau,

The undersigned counsel for the United States has been informed by counsel for defendant Paul White that Mr. White has executed a written plea agreement and wishes to enter a plea of guilty. Accordingly, the parties jointly request that this matter be set for change of plea hearing on Friday, January 15, 2016 at 9:00 a.m.

Respectfully,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney


cc:     Jesse Ortiz, Esq. (via ECF)