| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 2:13cr337 |
| Plaintiff, | |
| v. | Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report |
| PAUL DOUGLAS WHITE | |
| Defendant. | |

COUNSEL AND PROBATION SHALL COMPLY WITH THIS SCHEDULE UNLESS THE DATES ARE AMENDED.

| | |
|---|---|
| Date of Referral to Probation Officer: | 1/15/16 (Date of Plea or Verdict) |
| Judgment and Sentencing Date: | 4/8/16 (At least 11 weeks after plea) |
| Reply or Statement of No Opposition: | 4/1/16 (1 week before sentencing) |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 3/25/16 (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 3/18/16 (3 weeks before sentencing) |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | 3/11/16 (4 weeks before sentencing) |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | 2/26/16 (6 weeks before sentencing) |

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x) AUSA
(x) Defense Counsel
(x) USPO

Dated:   1/15/16                                                           By: /s/ Shani Furstenau
                                                                                              Shani Furstenau