Jesse Ortiz (SBN 176450)
Nolan Berggren (SBN 293248)
jesse@jesseortizlaw.com
**Jesse Ortiz** Law
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501


Attorney for Defendant PAUL WHITE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13-CR-00337-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. ) | |
| ) | |
| PAUL WHITE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    **IT IS HEREBY STIPULATED** by and between Plaintiff, UNITED STATES OF AMERICA, and its attorney of record, Todd Pickles, Assistant United States Attorney; and Defendant PAUL WHITE, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for April 8, 2016 at 9:00 a.m., in Courtroom 10 of the United States District Court, Eastern District, be continued to May 20, 2016, at 9:00 a.m., in Courtroom 10, of the United States District Court, Eastern District.

    **SO STIPULATED.**

Dated: March 28, 2016                                       /s/ Jesse Ortiz
                                                                                   Jesse Ortiz
                                                                                   **Jesse Ortiz** Law

Attorney for Defendant Paul White

Dated: March 28, 2016

\_\_/s/ Todd Pickles_____
Todd Pickles
Assistant United States Attorney

**ORDER**

    **IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for April 8, 2016 at 9:00 a.m., in Courtroom 10 of the United States District Court, Eastern District, be continued to May 20, 2016, at 9:00 a.m., in Courtroom 10, of the United States District Court, Eastern District.

Dated: March 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge