Jesse Ortiz (SBN 176450)
Nolan Berggren (SBN 293248)
jesse@jesseortizlaw.com
**Jesse Ortiz** Law
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501

Attorney for Defendant PAUL WHITE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00337-GEB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| PAUL WHITE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, UNITED STATES OF AMERICA, and its attorney of record, Todd Pickles, Assistant United States Attorney; and Defendant PAUL WHITE, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for May 20, 2016 at 9:00 a.m., in Courtroom 10 of the United States District Court, Eastern District, be continued to June 24, 2016, at 9:00 a.m., in Courtroom 10, of the United States District Court, Eastern District.

The parties agree that time should be excluded under 18 U.S.C. §3161(h)(1) for defense preparation under local rule T4.

**SO STIPULATED.**

1 | Dated: May 17, 2016            __/s/ Jesse Ortiz_____
                                   Jesse Ortiz
2                                  **Jesse Ortiz** Law
                                   Attorney for Defendant Paul White
3

4
  Dated: May 17, 2016            __/s/ Todd Pickles_____
5                                  Todd Pickles
                                   Assistant United States Attorney
6

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for May 20, 2016 at 9:00 a.m., in Courtroom 10 of the United States District Court, Eastern District, be continued to June 24, 2016, at 9:00 a.m., in Courtroom 10, of the United States District Court, Eastern District.

Dated:  May 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge