UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>**Paul Douglas White** | **Docket No. 2:13-CR-00337-GEB-01**<br>**Federal Charges**: Pled Guilty to Distribution of Methamphetamine.  Sentencing is scheduled for June 24, 2016. |

**COMES NOW,** Michael Evans, Pretrial Services Officer of the Court, presenting an official report upon the conduct of, Paul Douglas White, who was placed on bond by the Honorable Edmund F. Brennan sitting in the Court at Sacramento, California, on November 14, 2013.  On October 26, 2015, the defendant's conditions of release were amended to include the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1.You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used. 2. You shall report any contact with law enforcement to your pretrial services officer within 24 hours. 3. You shall not commit any offense in violation of federal, state or local law while on release in this case.

**ALLEGED VIOLATION CONDUCT:** On March 30, 2016, the defendant was arrested by the California Highway Patrol (citation number CA 94165) for alleged violations of 23152(A) VC – DUI Alcohol/Drugs; 23152(B) VC – Alcohol/0.08 Percent; and, 12500(A) VC – Drive Without License.  The defendant was booked into the Yuba County Jail and released (bail amount unknown at this time). Mr. White failed to appear for his initial Pretrial Conference on May 16, 2016, at the Yuba County Superior Court.  A warrant was not issued at that time.  The next court date is scheduled for June 1, 2016.  It should be noted, the defendant failed to notify Pretrial Services of the aforementioned arrest.  Pretrial Services has obtained a copy of the arrest report.

On May 1, 2016, the defendant was arrested by the Wheatland Police Department (report number 16.0161) for alleged violations of 23152(A) VC – DUI Alcohol/Drugs; 23152(E) VC – DUI Drug; 2800.0(A) VC – Evading Peace Officer; 21810 PC – Manufacture/Sale/Possess Metal Knuckles; and, 14601.0(A) VC – Drive While License Suspended.  The defendant was booked into the Yuba County Jail and released after posting bail in the amount of $15,000.  The defendant's initial Pretrial Conference is scheduled for June 1, 2016, at the Yuba County Superior Court.  It should be noted, the defendant failed to notify Pretrial Services of the aforementioned arrest.  Pretrial Services has obtained a copy of the arrest report.

**PRAYING THAT THE COURT WILL ORDER** a bench warrant for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

                                                Respectfully submitted,

                                                /s/ Michael R. Evans
Dated: May 20, 2016                                  U.S. Pretrial Services Officer

**ORDER**

| | |
|---|---|
| ☒ | The Court hereby orders a bench warrant be issued for the arrest of the defendant. |
| ☐ | The Court hereby orders this ex parte motion and order be sealed. |
| ☐ | The Court orders a summons be issued with an appearance date of          . |
| ☐ | The Court hereby orders this matter placed on this court's calendar and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order. |
| ☐ | The Court orders no action be taken. |
| ☐ | Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me. |

Dated: May 20, 2016

Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE