# UNITED STATES DISTRICT COURT
for the
Eastern District of California

RECEIVED
UNITED STATES MAGISTRATE
2016 MAY 20 PM 3: 13
EASTERN DISTRICT
OF CALIFORNIA

United States of America
v.

PAUL DOUGLAS WHITE

*Defendant*

Case No. 2:13-CR-0337 GEB

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    PAUL DOUGLAS WHITE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☑ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:3148(b) Violation of Pretrial Release Conditions

**FILED**
MAY 25 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Date:    05/20/2016

City and state:    Sacramento, CA

_____
*Issuing officer's signature*

A. Benson, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/20/16, and the person was arrested on *(date)* 05/24/16
at *(city and state)* Sacrament, CA.

Date: 05/24/16

_____
*Arresting officer's signature*

Darré - Dugan
*Printed name and title*