UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Garland E. BurrellGarland E. Burrell

| UNITED STATES OF AMERICA | CRIMINAL MINUTES |
|---|---|
| v. | Case No.: 2:13CR337 |
| | Date of Hearing: July 8, 2016 |
| PAUL WHITE | Deputy Clerk: Shani Furstenau |
| / | Court Reporter/ECRO: Michelle Babbitt |

**For the Government**:

Jason Hitt,
Assistant United States Attorney

**For the Defendant(s)**:

Jesse Ortiz,
[] Assistant Federal Defender
[] Appointed   [] Retained

**Interpreter Previously Sworn**:

**Defendant**:
[xx] Present   [xx] In Custody   [] Not in Custody   [] O/R   [] Bail   [] No Appearance   [] Waived   [] Failed to Appear

---

**JUDGMENT AND SENTENCING to Count(s) 5 of the Indictment Plea entered January 15, 2016.**

imprisonment:   70 months

surrender date:

term of supervised release:   48 months

recommendation:   Herlong Ca and 500 hour drug treatment program        deft fined: __   [x] fine waived.

restitution: __                                                          payable to: __

special assessment:   100                                                bail exonerated: __

right to appeal given:   No                                              [x] appeal rights waived.

Special Conditions:   See J & C Order

Other:   Government's motion to dismiss remaining counts granted.

---

Proceeding Time: 15 minutes