WRAY PLUMMER (SBN 215464)
ATTORNEY AT LAW
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:  (916) 241-3434
Facsimile:   (916) 594-0925

Attorney for Defendant
PAUL DOUGLAS WHITE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>PAUL DOUGLAS WHITE,<br><br>                              Defendant. | CASE NO. 2:13-cr-0337 WBS<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT / DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: January 24, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William Shubb |

**STIPULATION**

Defendant, Paul White, by and through his counsel, Wray Plummer, and the Government, by and through its counsel, Ross Pearson, hereby stipulate as follows:

1. By previous order, this matter was set for admit/deny hearing on January 24, 2022.

2. By this stipulation, the parties now move to continue the admit/deny hearing until February 14, 2022  at 9:00 a.m.

3. The Parties agree and stipulate, and request that the Court find the following:

    a. The defendant, Paul White currently has COVID and is not able to attend court.

    b. The government does not object to the continuance.

    c. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

Stipulation and Order for Continuance of Admit/Deny Hearing

1

IT IS SO STIPULATED.

Dated: January 19, 2022                               /s/ WRAY PLUMMER
                                                      WRAY PLUMMER
                                                       Counsel for Defendant
                                                      PAUL WHITE

Dated: January 19, 2022                               PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ ROSS PEARSON
                                                      ROSS PEARSON
                                                      Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 21, 2022                _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE