Jesse Ortiz (SBN 176450)
**Ortiz Law Group P.C.**
681 W. Capitol Ave., Suite 201
West Sacramento, CA 95605
Phone: (916) 443-9500
Fax:    (916) 443-9501
Jesse@jesseortizlaw.com


Attorney for Defendant
PAUL DOUGLAS WHITE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13-337 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| v. ) | |
| ) | |
| ) | DATE:     November 13, 2023 |
| ) | TIME:     9:00 a.m. |
| PAUL DOUGLAS WHITE, ) | COURT:   Hon William B. Shubb |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Ross Pearson**, Assistant United States Attorney; and Defendant PAUL WHITE, and his attorney of record, Jesse Ortiz, that the Admit/Deny Hearing presently set for November 13, 2023 at 9:00 a.m., in Courtroom 5 of the United States District Court, Eastern District, be continued at the request of defendant PAUL WHITE to **December 4, 2023 at 9:30 a.m.** in Courtroom 5, of the United States District Court, Eastern District.

**SO STIPULATED.**

Dated: November 8, 2023                                         __/s/ Jesse Ortiz_____
                                                                                Jesse Ortiz
                                                                                **Ortiz Law Group P.C.**
                                                                                Attorney for Defendant Paul White

1

Dated: November 8, 2023

PHILLIP TALBERT
United States Attorney

By:  /s/  Ross Pearson
Ross Pearson
Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that the Admit/Deny Hearing presently set for November 13, 2023 at 9:00 a.m., in Courtroom 5 of the United States District Court, Eastern District, is continued at the request of defendant PAUL WHITE to **December 4, 2023, at 9:30 a.m,**, in Courtroom 5, of the United States District Court, Eastern District.

Dated:  November 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE